IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**CEARTHA HENDERSON**                                                                           **PLAINTIFF**

v.                               4:08-CV-00612-WRW

**WASHINGTON MUTUAL BANK, FA, and
COUNTRYWIDE HOME LOANS SERVICING, L.P.**                   **DEFENDANTS**

## ORDER

Pending is the parties' Joint Motion to Dismiss Separate Defendant Washington Mutual Bank, FA (Doc. No. 26). The Motion is GRANTED based on settlement between Plaintiff and Defendant Washington Mutual Bank, FA. Accordingly, Washington Mutual Bank, FA is DISMISSED with prejudice.

IT IS SO ORDERED this 15th day of September, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE